Case 1:25-cv-00453-MKV   Document 13   Filed 03/28/25   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LUNIQUE AGOSTINI, *on behalf of herself and all others similarly situated*,

                Plaintiff,

-against-

SPORTY & RICH, LLC,

                Defendant.

1:25-cv-453-MKV

**ORDER OF DISMISSAL**

---

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of a letter filed by Plaintiff informing the Court that the parties have reached a settlement in principle. [ECF No. 12]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by April 28, 2025. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date:  March 28, 2025**
**New York, NY**

*(signature: Mary Kay Vyskocil)*

**MARY KAY VYSKOCIL**
**United States District Judge**